# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Ralph Wagner,

        Plaintiff,

    v.

Global Credit & Collection Corp.,

        Defendant.

_____

Case No.   3:11-cv-30192-KPN

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, RALPH WAGNER ("Plaintiff"), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GLOBAL CREDIT & COLLECTION CORP. ("Defendant"), in this case.

RESPECTFULLY SUBMITTED,

DATED:  October 25, 2011

By:   /s/ David R. Jackowitz
     LOCAL COUNSEL
     David R. Jackowitz
     Shaevel & Krems, LLP
     141 Tremont Street
     Boston, MA 02111
     Tel:  (617) 556-0244
     Fax:  (617) 556-0284

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

J. Grace Felipe

CARLSON & MESSER, LLP

5959 W. Century Boulevard, Ste. 1214

Los Angeles, California 90045

e-mail: FelipeG@cmtlaw.com


                                                  __/s/ David R. Jackowitz____
                                                  David R. Jackowitz
                                                  Attorney for Plaintiff